[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 6, 2012
JOHN LEY
CLERK

_____

No. 11-11427

_____

D. C. Docket No. 1:10-cv-24229-UU

CAMILO COSTA, BERNARD FERNANDES,
MENINO D'ACOSTA,

                                      Plaintiffs-Appellants,

versus

CELEBRITY CRUISES, INC.,

                                      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 6, 2012)

Before DUBINA, Chief Judge, ANDERSON and KLEINFELD,[*] Circuit Judges.

_____

[*]Honorable Andrew J. Kleinfeld, United States Circuit Judge for the Ninth Circuit, sitting by designation.

PER CURIAM:

Appellants Camilo Costa, Bernard Fernandes, and Menino D'Acosta (the "Seafarers") appeal the district court's order dismissing Seafarers' amended complaint seeking vacatur of an arbitration award.

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we reject all of the appellants' arguments and affirm the judgment of dismissal based on our decision in *Industrial Risk Insurers v. M.A.N. Gutehoffnungshutte*, 141 F.3d 1434, 1446 (11th Cir. 1998).

**AFFIRMED.**